PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANJIT SINGH,<br><br>             Plaintiff,<br><br>     v.<br><br>SANDRA ANDERSON, ET AL.,<br><br>             Defendants. | CASE NO. 1:22-CV-01299-SKO<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME AND CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(Doc. 8) |

   The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's request to U.S. Citizenship and Immigration Services (USCIS) to issue a Notice to Appear (NTA). The parties anticipate that USCIS will soon issue the requested NTA, thereby rendering this lawsuit moot.

   The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is February 14, 2023. The parties further request that all other filing deadlines be similarly extended, and the initial scheduling conference, currently set for February 9, 2023, be vacated and reset.

///

///

///

1

Respectfully submitted,

Dated:  December 13, 2022            PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JOSEPH JOHN SIGUENZA
JOSEPH JOHN SIGUENZA
Counsel for Plaintiff

## **ORDER**

In view of the parties' foregoing stipulation (Doc. 8), and for good cause shown, it is hereby ORDERED that the deadline for Defendants to file an answer or other responsive pleading is EXTENDED to February 14, 2023.

The Initial Scheduling Conference set for February 9, 2023, is CONTINUED to April 11, 2023, at 9:45 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.  The parties shall file their joint scheduling report by no later than April 4, 2023.

IT IS SO ORDERED.

Dated:   **December 15, 2022**         */s/ Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE