UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANJIT SINGH,<br><br>        Plaintiff,<br><br>    v.<br><br>SANDRA ANDERSON, et al.,<br><br>        Defendants. | No. 1:22-cv-01299-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 10) |

On January 30, 2023, Plaintiff filed a "Voluntary Dismissal Without Prejudice," in which Plaintiff notifies the Court that this entire case is voluntarily dismissed without prejudice. (Doc. 10.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated: **January 31, 2023**          /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE